IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY KNAPP,

    Plaintiff,                    No. CIV S-05-2520 FCD CMK P

    vs.

HICKMAN, et al.,

    Defendants.

ORDER

_____/

        Plaintiff, a state prisoner who is proceeding without counsel, brings this case pursuant to 42 U.S.C. § 1983.  On February 27, 2006 the court filed an order, which granted plaintiff's motion to proceed in forma pauperis and dismissed his original complaint with leave to file an amended complaint within thirty days.  (Doc. 12).

        The docket reveals that the order served on plaintiff was returned as undeliverable "cannot identify without CDC #."

///

///

///

///

1

IT IS ORDERED that

1. The Clerk of the Court reserve the February 27, 2006 order (doc. 12) on plaintiff at the following address:

> Eric. C.R. Knapp #J10618
> B-4-209L S.V.S.P.
> P.O. Box 1050
> Soledad, CA 93960

2. Plaintiff has thirty days from the date of this order to file an amended complaint. Failure to do so will result in a recommendation that this action be dismissed.

DATED: March 27, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE