1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ERIC CHARLES RODNEY KNAPP,

11                 Plaintiff,                    No. CIV S-05-2520 FCD CMK P

12         vs.

13    RODERICK HICKMAN, et al.,

14                 Defendants.                   ORDER

15    _____/

16                 Plaintiff has requested an extension of time to file an amended complaint pursuant

17    to the court's order of May 26, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

18                 1.  Plaintiff's June 7, 2006 motion for an extension of time is granted; and

19                 2.  Plaintiff shall file an amended complaint on or before July 26, 2006.

20

21    DATED:   June 21, 2006.

22

23                                          _____

24                                          CRAIG M. KELLISON
                                            UNITED STATES MAGISTRATE JUDGE

25

26