IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY KNAPP,

    Plaintiff,                  No. CIV S-05-2520 FCD CMK P

    vs.

RODERICK HICKMAN, et al.,

    Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in this civil rights complaint. On July 20, 2006, the court ordered plaintiff to file an amended complaint, which was no longer than twenty pages.

        On August 18, 2006, plaintiff filed an "Ex Parte Motion for Extension of Time &/Or Injunctive Relief." Plaintiff's motion states that all of his legal property was taken from him when he was transferred from Mule Creek State Prison (MCSP) to Deuel Vocational Institute (DVI). Plaintiff states that, while he was housed at MCSP, he completely revised his amended complaint to comply with the court's July 20, 2006 order; however, his revised amended complaint is in the box of legal property which was taken from him.

///

///

1  Good cause appearing, the court grants plaintiff an extension of forty-five days
2  from the date that this order is filed to file his amended complaint. Should plaintiff's legal
3  property not be returned to him in time for him to meet this deadline, plaintiff shall inform the
4  court before or by the end of the forty-five days.
5  IT IS SO ORDERED.
6  DATED: August 22, 2006.

   
   
            **CRAIG M. KELLISON**
            UNITED STATES MAGISTRATE JUDGE