IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY KNAPP,

        Plaintiff,                    No. CIV S-05-2520 FCD CMK P

        vs.

RODERICK HICKMAN, et al.,

        Defendants.             ORDER

_____/

        In light of the court's November 16, 2006 order vacating it's September 28, 2006 order, none of the defendants named by plaintiff in this action should be terminated.  The Clerk of the Court is directed to remove the termination notation below the names of the following defendants:  Ali, C.D. Brown, D.D. Brown, M. Brown, Broyles, Campbell, Carrillo, Clevenstine, Emigh, Fowler, Gentile, Grannis, Gunning, Gutierrez, Hansen, Hein, Henderson, Hensley,

///
///
///
///
///
///

1 | Hogan, Kanipe, Keeland, Klinefelter, Knipp, Kudlata, Lattimore, Leeworthy, Lincoln, Marshall,
2 | McNeil, Melching, Mesa, Murray, Nelson, O'Connor, Olsen, Poe, Rendon, Reyes, Rianda,
3 | Robinson, Sauceda, Seinwerth, Smith, Stanley, Stewart, Uribe, Taylor, and Whittle.
4 |       IT IS SO ORDERED.

6 | DATED: December 12, 2006.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE