IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY K'NAPP

    Plaintiff,                          No. CIV S-05-2520 FCD CMK P

    vs.

R.Q. HICKMAN, et al.,                 ORDER

    Defendants.

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed November 16, 2006, the court vacated its September 28, 2006 screening order, dismissed plaintiff's September 5, 2006 complaint, and granted him leave to file an amended complaint. Plaintiff has now filed an amended complaint.

         Plaintiff names several defendants in his third amended complaint. The gist of his complaint is that defendants at Mule Creek State Prison (MCSP) have retaliated against him for complaining about staff misconduct and working to improve prison conditions. Plaintiff alleges that defendants interfered with his prison grievances, interfered with his right to visitation, confiscated materials from a bulletin board, forced him to resign from the Men's Advisory Council, and forced other prisoners to deface a mural that plaintiff had painted. Finally, plaintiff alleges that his constitutional rights were violated by deplorable living conditions which he

1

1  suffered during three separate placements in administrative segregation and by being served
2  contaminated food.

3        Plaintiff's claims concerning the conditions he alleged encountered in
4  Administrative Segregation and his claims that he was served contaminated food state
5  cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). By
6  themselves, the claims that defendants interfered with his prison grievances, interfered with his
7  right to visitation, confiscated materials from a bulletin board, forced him to resign from the
8  Men's Advisory Council, and forced other prisoners to deface a mural that plaintiff had painted
9  do not state cognizable civil rights claims.  However, to the extent that plaintiff alleges that the
10 defendants engaged in the above described actions as part of ongoing retaliatory conduct
11 stemming from plaintiff's filing of a grievance (a constitutionally protected activity) concerning
12 an incident in 2000, plaintiff does state a cognizable retaliation claim against defendants.

13       The court finds that the December 1, 2006 amended complaint states a cognizable
14 claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the
15 amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of
16 this action.  The court, therefore, finds that service is appropriate and will direct service by the
17 U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action
18 cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to
19 comply with this order may result in dismissal of the action.  See Local Rule 11-110.

20       In accordance with the above, IT IS HEREBY ORDERED that:

21       1. Service is appropriate for the following defendants: R.Q. Hickman, Ali, C.
22 Boyd, D. Brown, M. Brown, Broyles, Campbell, Carrillo, Cherry, Clevenstine, Danziger,
23 Doherty, Emigh, Etheredge, Fowler, Gentile, Grannis, Gray, Gunning, Gutierrez, Hansen, Hein,
24 Henderson, Hensley, Hogan, Hurdle, Kaiser, Kanipe, Keeland, Kernan, King, Klinefelter, Knipp,
25 Knowles, Kudlata, Laguna, Lattimore, Leeworth, Lincoln, Marshall, McNeil, Melching, Mesa,
26 Murray, Mynhier, Nelson, O'Connor, Olsen, Poe, Presley, Reaves, Rendon, Reyes, Rianda,

1  Robinson, Sauceda, Seinwerth, Silva, Smith, Stanley, Stewart, Subia, Taylor, Uribe,
2  Vasconcellos, Vasquez, Warren, Warvarovski, White, and Whittle.
3          2. The Clerk of the Court shall send plaintiff seventy-one USM-285 forms, one
4  summons, an instruction sheet and a copy of the amended complaint filed December 1, 2006.
5          3. Within thirty days from the date of this order, plaintiff shall complete the
6  attached Notice of Submission of Documents and submit the following documents to the court:
7              a. The completed Notice of Submission of Documents;
8              b. One completed summons;
9              c. One completed USM-285 form for each defendant listed in number 1
10                above; and
11             d. Seventy-two copies of the endorsed amended complaint filed December
12                1, 2006.
13         4. Plaintiff need not attempt service on defendants and need not request waiver of
14 service. Upon receipt of the above-described documents, the court will direct the United States
15 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
16 without payment of costs.

18 DATED: December 12, 2006.

                                                    _____
                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. |  |
|  | <u>NOTICE OF SUBMISSION</u> |
| Defendants. | <u>OF DOCUMENTS</u> |
| _____ / |  |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

_____ completed summons form

_____ completed USM-285 forms

_____ copies of the _____
                        Amended Complaint

DATED:

_____
Plaintiff