IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY KNAPP,

        Plaintiff,                           No. CIV S-05-2520 FCD CMK P

    vs.

RODERICK HICKMAN, et al.,

        Defendants.            ORDER

/

        Plaintiff is a state prisoner proceeding without counsel in this civil rights complaint. On January 5, 2007, the court issued an order directing service by the United States Marshall on defendants in this action.

        Several of the summons were returned unserved. Process directed to defendant Olson was returned unserved because "need specifics for CDC locator....too many 'Olsons' to identify." (Doc. 45.) Process directed to defendant Carl Michael Warvarovski was returned unserved because "not at MCSP/ Military leave overseas no forwarding address." (Doc. 46.) Process directed to defendant Frederick Danzinger was returned unserved because "no 'Danzinger @ SCSP...per CDC locator no one by this spelling." (Doc. 47.) Process directed to defendant S. Marshall was returned unserved because "returned with no forwarding address." (Doc. 48.) Process directed to defendant R. Gunning was returned unserved because "retired and

1

1  living overseas. No forwarding address." (Doc. 49.) Process directed to defendant Murray was
2  returned unserved because "Per MSSP no info. May have been contracted. Per CDC locator no
3  '(Ms)' female Murray in database." (Doc. 50.)
4        Plaintiff must provide additional information to serve these defendants. Plaintiff
5  shall promptly seek such information through discovery, the California Public Records Act,
6  Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required
7  information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once
8  additional information sufficient to effect service is obtained, plaintiff shall notify the court
9  whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.
10  Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved
11  defendants. See Fed. R. Civ. P. 4(m).
12        Accordingly, IT IS HEREBY ORDERED that
13        1. Plaintiff shall promptly seek additional information sufficient to effect service
14  on any unserved defendants.
15        2. Plaintiff shall notify the court when additional information sufficient to effect
16  service on any defendant is obtained and the court shall direct the Clerk of the Court to sent
17  plaintiff materials necessary for service.
18        3. Within sixty days of the date of this order plaintiff shall provide additional
19  information about each defendant listed which is sufficient for service or he shall show good
20  cause, in writing, why he cannot provide such information.
21
22  DATED: February 16, 2007.
23
24                                                            **CRAIG M. KELLISON**
25                                                           UNITED STATES MAGISTRATE JUDGE
26