IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERIC CHARLES RODNEY K'NAPP,** | 2:05-CV-2520 FCD CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **R. Q. HICKMAN, et al,** | |
| Defendants. | |

Good cause appearing, Defendants Hickman, Ali, Boyd, C. Brown, D. Brown, M. Brown, Broyles, Campbell, Carillo, Cherry, Clevenstine, Doherty, Emigh, Fowler, Gentile, Gutierrez, Hein, Henderson, Hensley, Hogan, Hurdle, Kaiser, Kanipe, Keeland, Kernan, King, Klinefelter, Knipp, Knowles, Kudlata, Laguna, Lattimore, Leeworthy, Lincoln, McNeill, Melching, Mesa, Mynhier, Nelson, O'Connor, Poe, Presley, Reaves, Rendon, Reyes, Rianda, Robinson, Sauceda, Seinwerth, Silva, Smith, Stanley, Stewart, Subia, Uribe, Vasquez, Warren are granted a 60 day extension to file a responsive pleading. Defendants' responsive pleading shall be due on or before May 12, 2007.

IT IS SO ORDERED

March 13, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1