IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC CHARLES RODNEY K'NAPP,** | 2-05-CV-2520 FCD CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **R. Q. HICKMAN, et al,** | |
| Defendants. | |

Good cause appearing, Defendants Etheredge and Hansen are granted a 60 day extension to file a responsive pleading. Defendants' responsive pleading shall be due on or before May 12, 2007.

IT IS SO ORDERED

March 26, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

Order Granting Defendants' First Request for an Extension of Time

1