IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY KNAPP,

        Plaintiff,                       No. CIV S-05-2520 FCD CMK P

    vs.

RODERICK HICKMAN, et al.,

        Defendants.              <u>ORDER</u>

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On January 5, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Vasconcellos was returned unserved because "returned to sender addressee not in Governor's office" & :CDC locator unable to identify." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed December 01, 2006;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed December 01, 2006; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

3. Plaintiff is warned that failure to follow the directions in this order will result in the unserved defendant being dismissed from this action.

DATED:  March 29, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   | IN THE UNITED STATES DISTRICT COURT |
| 9   | FOR THE EASTERN DISTRICT OF |
| 10  | CALIFORNIA |
| 11  | ERIC CHARLES RODNEY KNAPP, |
| 12  | Plaintiff,                                    No. |
| 13  | CIV S-05-2520 FCD CMK P |
| 14  | vs. |
| 15  | RODERICK HICKMAN, et al., |
| 16  | NOTICE OF SUBMISSION |
| 17  | Defendants. |
| 18  | OF DOCUMENTS |
| 19  | _____/ |
| 20  | Plaintiff hereby submits the |
| 21  | following documents in compliance with the |
| 22  | court's order filed _____: |
| 23  |      One       completed |
| 24  | summons form |
| 25  |      One       completed |
| 26  | USM-285 form |
|     |      Two       copies of the |

| | |
|---|---|
| | December 27, 2006 |

Amended Complaint
DATED:

_____
Plaintiff