IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY K'NAPP,

    Plaintiff,

vs.

R.Q. HICKMAN, et al.,

    Defendants.

No. CIV S-05-2520 FCD CMK P

ORDER

/

Good cause appearing, defendant Whittle is granted a 60 day extension to file a responsive pleading. The responsive pleading is due on or before May 12, 2007.

    IT IS SO ORDERED.

DATED: April 3, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1