IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERIC CHARLES RODNEY K'NAPP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. Q. HICKMAN, et al,**<br><br>Defendants. | 2-05-CV-2520 FCD CMK P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME** |

Good cause appearing, Defendant Grannis is granted an extension to file a responsive pleading. Defendant's responsive pleading shall be due on or before May 12, 2007.

IT IS SO ORDERED

April 4, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1