IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC CHARLES RODNEY K'NAPP,<br><br>Plaintiff,<br><br>v.<br><br>R. Q. HICKMAN, et al,<br><br>Defendants. | 2-05-CV-2520 FCD CMK P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Good cause appearing, Defendants Hickman, Ali, Boyd, C. Brown, D. Brown, M. Brown, Broyles, Campbell, Carillo, Cherry, Clevenstine, Doherty, Etheredge, Emigh, Fowler, Gentile, Grannis, Gutierrez, Hansen, Hein, Henderson, Hensley, Hogan, Hurdle, Kaiser, Kanipe, Keeland, Kernan, King, Klinefelter, Knipp, Knowles, Kudlata, Laguna, Lattimore, Leeworthy, Lincoln, McNeill, Melching, Mesa, Mynhier, Nelson, O'Connor, Poe, Presley, Reaves, Rendon, Reyes, Rianda, Robinson, Sauceda, Seinwerth, Silva, Smith, Stanley, Stewart, Subia, Uribe, Vasquez, and Warren are granted a 45-day extension of time to file a responsive pleading. Defendants' responsive pleading shall be due on or before June 26, 2007.

IT IS SO ORDERED

May 9, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE