IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY K'NAPP,

    Plaintiff,                    No. CIV S-05-2520 FCD CMK P

    vs.

RODERICK HICKMAN, et al.,

    Defendants.          ORDER

                            /

        On April 18, 2007, this court ordered defendants' counsel to query the CDCR to ascertain the whereabouts of defendants R. Gunnin, S. Marshall, Murray, Olson, and Carl Michel Warvarovski, M.D.  On May 8, 2007, defendants' counsel responded to the order.  In the response, counsel related that the litigation coordinator at Mule Creek State Prison had attempted to ascertain the whereabouts of the listed defendants and was unsuccessful.

        Although in forma pauperis status relieves a plaintiff of the responsibility of effecting service, plaintiff is still responsible for providing sufficient information to serve documents.  See Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994) (failure of indigent defendant to provide sufficient information to serve defendants is sufficient reason to dismiss action for failure to obtain service).  It appears that the CDRC has no information for service of defendants R. Gunnin, S. Marshall, Murray, Olson, and Carl Michel Warvarovski, M.D.

1

1    As noted, it is plaintiff's responsibility to provide service information for
2 defendants.  If plaintiff cannot do so, it may be necessary to dismiss the complaint against the
3 unserved defendants.
4    Accordingly, IT IS ORDERED that:
5    1.  Plaintiff is granted an additional sixty days to locate information for service of
6 R. Gunnin, S. Marshall, Murray, Olson, and Carl Michel Warvarovski, M.D.
7    2.  Plaintiff may attempt to locate these defendants through discovery requests
8 directed to served defendants.
9    3.  Should plaintiff fail to provide information for service of these defendants
10 within sixty days from the date this order is filed, the court may recommend that this action be
11 dismissed as to those defendants.

13 DATED:  May 9, 2007.

                                                              _____
                                                              **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE