IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY KNAPP,

        Plaintiff,                     No. CIV S-05-2520 FCD CMK P

    vs.

RODERICK HICKMAN, et al.,

        Defendants.         ORDER

_____/

        Pursuant to this court's order, plaintiff provided additional information for service of defendant Danzinger. Specifically, on April 11, 2007, plaintiff sent information to the court indicating that defendant Danzinger's address was 970 Monique Way, Dixon CA 95620. It has come to the court's attention that the documents plaintiff submitted for service on April 11, 2007 were for defendant Vasconcellos. Accordingly, the court will order plaintiff to submit documents for service of defendant Danzinger.

///
///
///
///
///

1

1  IT IS ORDERED that:

2  1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,
3  along with an instruction sheet and a copy of the complaint filed December 01, 2006.

4  2. Within twenty days from the date this order is filed, plaintiff shall complete
5  and submit the attached Notice of Submission of Documents to the court, with the following
6  documents:

7  a. One completed USM-285 form for defendant Danzinger
8  b. Two copies of the endorsed complaint filed December 01, 2006; and
9  c. One completed summons (if not previously provided)

10  3. Plaintiff is warned that failure to follow the directions in this order will result
11  in the unserved defendant being dismissed from this action.

13  DATED: May 23, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| Plaintiff, | | No. CIV |
| vs. | | |
| Defendants. | | <u>NOTICE OF SUBMISSION</u><br><u>OF DOCUMENTS</u> |
| _____/ | | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ completed summons form
    ____ completed USM-285 forms
    ____ copies of the _____
                   Complaint/Amended Complaint

DATED:

                                                      _____
                                                      Plaintiff