IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERIC CHARLES RODNEY K'NAPP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. Q. HICKMAN, et al,**<br><br>Defendants. | 2-05-CV-2520 FCD CMK P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE A SEPARATE UNENUMERATED 12(B) MOTION FOR NON-EXHAUSTION OF ADMINISTRATIVE REMEDIES** |

Good cause appearing, Defendants Ali, Boyd, C.D. Brown, D. Brown, M. Brown, Broyles, Campbell, Carillo, Cherry, Clevenstine, Doherty, Emigh, Etheredge, Fowler, Gentile, Grannis, Gutierrez, Hansen, Hein, Henderson, Hensley, Hickman, Hogan, Hurdle, Kaiser, Kanipe, Keeland, Kernan, King, Klinefelter, Knipp, Knowles, Kudlata, Laguna, Lattimore, Leeworthy, Lincoln, McNeil, Melching, Mesa, Mynhier, Nelson, O'Connor, Poe, Presley, Rendon, Reayes, Rianda, Robinson, Sauceda, Seinwerth, Silva, Smith, Stanley, Stewart, Subia, C. Taylor, Uribe, Vasquez, and Warren may file a separate unenumerated 12(b) motion for non-exhaustion of administrative remedies by the dispositive motion deadline.

IT IS SO ORDERED.

June 26, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1