IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY KNAPP, | No. CIV S-05-2520-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| RODERICK HICKMAN, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time to oppose defendants' motion to dismiss (Doc. 107), filed on July 11, 2007.

  On June 26, 2007, the Defendants filed a Motion to Dismiss (Doc. 98).  Plaintiff now seeks additional time to respond to the Defendant's motion.  Good cause appearing therefor, the request will be granted.

  Plaintiff has also requested assistance in obtaining time in the law library. Because the court is granting Plaintiff an additional 30 days in which to respond to the Motion to Dismiss, his request for additional law library access is denied without prejudice.  If Plaintiff

/ / /

1

1  continues to have difficulty with access to the law library, the court will entertain additional
2  requests for extension of time with a showing of good cause.
3        Next, in response to the court's May 10, 2007, order regarding unserved
4  defendants R. Gunnis, S. Marshall, Murray, Olson, and Carl Michel Warvarovski, in which the
5  court directed plaintiff to provide additional information, plaintiff has submitted information
6  sufficient to identify and serve some of these individuals, as well as other unserved defendants
7  not addressed in the court's order. Specifically, plaintiff has provided additional information as
8  to defendants Gray, Vasconcellos, Warvarovski, and Olson.  The court will, therefore, provide
9  plaintiff with instructions for service of these defendants by the United States Marshal and will
10 require plaintiff to submit documents for service.
11       Finally, plaintiff appears to seek an order compelling responses to discovery
12 requests. Specifically, plaintiff seeks an order "compelling" the State Personnel Board, the
13 California Department of Corrections and Rehabilitation, and Mule Creek State Prison to
14 provide information necessary to locate and serve defendants. That request is denied. Federal
15 Rule of Civil Procedure 37(d) provides, in pertinent part, as follows:

> If a party...fails...to serve answers or objections to interrogatories submitted under Rule 33, after proper service of the interrogatories, or...to serve a written response to a request for inspection submitted under Rule 34, after proper service of the request, the court in which the action is pending on motion may make such orders in regard to the failure as are just, and among others it may take any action authorized under subparagraph (A), (B), and (C) of subdivision (b)(2) of this rule.

21 Here, plaintiff has requested information from entities which are not parties to this action.
22 Therefore, he cannot establish that a party has failed to respond to discovery requests. Plaintiff
23 is reminded that discovery may only be served on parties to the action who have appeared. The
24 court refers plaintiff to the discovery order issued on May 16, 2007.
25 / / /
26 / / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (107) is granted;

2. Plaintiff may file a response to Defendants' Motion to Dismiss within 30 days of the date of service of this order;

3. Plaintiff's request regarding law library access is denied without prejudice;

4. Plaintiff's request for an order compelling discovery is denied;

5. The Clerk of the Court shall send plaintiff one USM-285 form each for defendants Gray, Vasconcellos, Warvarovski, and Olson (four forms total), one blank summons, an instruction sheet, and a copy of the third amended complaint; and

6. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. Four completed USM-285 form(s); and

    d. Five copies of the endorsed third amended complaint.

DATED: July 25, 2007.

                                                                          **CRAIG M. KELLISON**
                                                                          UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ERIC CHARLES RODNEY KNAPP,   No. CIV S-05-2520-FCD-CMK-P
    Plaintiff,
  vs.
RODERICK HICKMAN, et al.,
    Defendants.
                              /

NOTICE OF SUBMISSION OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order:

        _1_        completed summons form;
        ___        completed USM-285 form(s); and
        ___        copies of the third amended complaint.

DATED: _____                                      _____
                                                                              Plaintiff