1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

9

10

11

12

13

14

| | |
|---|---|
| **ERIC CHARLES RODNEY K'NAPP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. Q. HICKMAN, et al,**<br><br>Defendants. | 2-05-CV-2520 FCD CMK P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO PREPARE THEIR REPLY IN SUPPORT OF MOTION TO DISMISS** |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   Good cause appearing, Defendants Ali, Boyd, C.D. Brown, D. Brown, M. Brown, Broyles, Campbell, Carillo, Cherry, Clevenstine, Doherty, Emigh, Etheredge, Fowler, Gentile, Grannis, Gutierrez, Hansen, Hein, Henderson, Hensley, Hickman, Hogan, Hurdle, Kaiser, Kanipe, Keeland, Kernan, King, Klinefelter, Knipp, Knowles, Kudlata, Laguna, Lattimore, Leeworthy, Lincoln, McNeil, Melching, Mesa, Mynhier, Nelson, O'Connor, Poe, Presley, Rendon, Reayes, Rianda, Robinson, Sauceda, Seinwerth, Silva, Smith, Stanley, Stewart, Subia, C. Taylor, Uribe, Vasquez, and Warren are granted a 30-day extension of time to file a reply in support of their motion to dismiss.  Defendants' reply shall be due on or before September 7, 2007.

DATED:   August 6, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1