1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ERIC CHARLES RODNEY KNAPP,        No. CIV S-05-2520-FCD-CMK-P

12                 Plaintiff,

13        vs.                                <u>ORDER</u>

14 RODERICK HICKMAN, et al.,

15                 Defendants.

16 _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.  Pending before the court is a stipulation and proposed order modifying the

19 pretrial scheduling order (Doc. 116).

20              There are a number of defendants to this action, most of whom have appeared by

21 way of filing a motion to dismiss (Docs. 98 and 114).  However, there remain eight defendants

22 who have not appeared in this matter: Gunning, Marshall, Murray, Olsen, Reaves,[1] Warvarovski,

23 _____

24      [1]      The complaint names two individuals with similarly spelled names: Reaves and
Reyes.  One of the individuals appearing in the motion to dismiss (Doc. 11) is Reayes.  The court
is unsure if this is the defendant named as Reaves or the defendant named as Reyes.  The court is
25 therefore requesting counsel for the defendants to clarify for the court, if possible, which
defendant has appeared.  Both defendants signed waivers, but it appears that only one has
26 appeared.

Gray, and Vasconcellos. Service has not been completed on defendants Gunning, Marshall, Murray, Olson, Warvarovski, Gray or Vasconcellos. Pursuant to this court's order of August 15, 2007 (Doc. 115), the United States Marshal has been presented with the information necessary to attempt service on defendants Olsen, Warvarovski, Gray and Vasconcellos. However, that leaves defendants Gunning, Marshall and Murray with summons returned unexecuted. Pursuant to this court's order of May 10, 2007 (Doc. 84), plaintiff was granted 60 additional days to locate information for service on these defendants. Plaintiff has not provided the court with any additional information regarding these three individuals. Accordingly, plaintiff will be ordered to show cause within thirty days of the date of this order why these three individuals should not be dismissed from this action. Failure to show good cause will result in these three defendants' dismissal. See Local Rule 11-110.

In addition, pending before this court are the defendants' motions to dismiss (Docs. 98 and 114). Plaintiff has responded to the first motion to dismiss filed (Doc. 110), but has not yet responded to the second. Given that there remain defendants who have not yet been served, and a pending motion to dismiss, the court finds good cause to vacate the scheduling order issued May 16, 2007. If appropriate, upon resolution of the motion to dismiss, the parties will be required to file status reports. Following submission of status reports from all parties, the court will issue a further scheduling order setting the dates for the discovery cut-off, the filing of dispositive motions and pre-trial statements, a pre-trial conference, and the trial. This will render the stipulation filed by the parties moot. Discovery will remain open.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1          Therefore, IT IS HEREBY ORDERED that:

2                    1.       Plaintiff is to show cause within thirty days of the date of this order why

3    defendants Gunning, Marshall and Murray should not be dismissed from this action;

4                    2.       The scheduling order filed May 16, 2007 is vacated;

5                    3.       The stipulation signed by the parties and filed with the court on August 29,

6    2007 is moot; and

7                    4.       Discovery remains open.

8

9    DATED:   September 14, 2007.

10

11                                                    _____
                                                      **CRAIG M. KELLISON**
12                                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3