IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERIC CHARLES RODNEY K'NAPP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. Q. HICKMAN, et al,**<br><br>Defendants. | 2-05-CV-2520 FCD CMK P<br><br>**ORDER GRANTING DEFENDANTS' AMENDED REQUEST FOR EXTENSION OF TIME TO PREPARE REPLY TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO THEIR MOTION TO DISMISS** |

Good cause appearing, Defendants Ali, Boyd, C.D. Brown, D. Brown, M. Brown, Broyles, Campbell, Carillo, Cherry, Clevenstine, Danzinger, Doherty, Emigh, Etheredge, Fowler, Gentile, Grannis, Gutierrez, Hansen, Hein, Henderson, Hensley, Hickman, Hogan, Hurdle, Kaiser, Kanipe, Keeland, Kernan, King, Klinefelter, Knipp, Knowles, Kudlata, Laguna, Lattimore, Leeworthy, Lincoln, McNeil, Melching, Mesa, Mynhier, Nelson, Olson, O'Connor, Poe, Presley, Rendon, Reaves, Reyes, Rianda, Robinson, Sauceda, Seinwerth, Silva, Smith, Stanley, Stewart, Subia, Taylor, Uribe, Vasquez, and Warren are granted a thirty-day extension of time to file a reply to Plaintiff's supplemental opposition to their motion to dismiss. Defendants' reply shall be due on or before February 13, 2008.

/ / /

/ / /

/ / /

1   IT IS SO ORDERED.

2

3   DATED: February 5, 2008

4   _____
    **CRAIG M. KELLISON**
5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28