1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ERIC CHARLES RODNEY KNAPP,            No. CIV S-05-2520-FCD-CMK-P

12                       Plaintiff,

13            vs.                                  <u>ORDER</u>

14 RODERICK HICKMAN, et al.,

15                       Defendants.

16 _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.   This action proceeds on the third amended complaint (Doc. 39) filed on

19 December 1, 2006.   Discovery is still opened, and the scheduling order has been vacated.

20 Defendants Gunning, Marshall, Murray and Warvarovski have not yet been served.

21            Most of the defendants filed motions to dismiss, which have now been resolved.

22 The court granted the motions in part and denied the motions in part.[1]   Accordingly, this action

23 proceeds on plaintiff's retaliation claims as against defendants Ali, C. Brown, Danzinger,

24

25            [1]      Plaintiff filed a request for an order certifying this case for an immediate
interlocutory appeal which was denied.  The interlocutory appeal was processed to the Ninth
Circuit Court of Appeals.  The Ninth Circuit dismissed this appeal for lack of jurisdiction.  This
26 case now proceeds.

1

Etheredge, Fowler, Gunning, Guiterrez, Hein, Hogan, Kaiser, Kanipe, Keeland, King, Lattimore, Marshall, Mesa, Murray, Nelson, O'Connor, Poe, Sauceda, Smith, Stewart, Vasquez, Warren, Warvarovski, and Whittle only.  Of these remaining defendants, only defendant Whittle has filed an answer (Doc. 85), which was filed on May 11, 2007.  No other defendant has answered.  Accordingly, the remaining defendants who have been served will be required to file an answer within 30 days of the date of service of this order.

As for the unserved defendants, Gunning, Marshall, Murray and Warvarovski, plaintiff must provide additional information to serve these defendants.  The U.S. Marshal has contacted Mule Creek State Prison, as the court directed.  However, no additional information was obtained in order to provide sufficient information to serve these defendants (see Doc. 149).  Plaintiff will be provided with one more opportunity to seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.  Once additional information sufficient to effect service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.  Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved defendants.  See Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1.      Defendants Ali, C. Brown, Danzinger, Etheredge, Fowler,, Guiterrez, Hein, Hogan, Kaiser, Kanipe, Keeland, King, Lattimore, Mesa, Nelson, O'Connor, Poe, Sauceda, Smith, Stewart, Vasquez, and Warren shall file an answer to the third amended complaint within 30 days of service of this order; and

/ / /

/ / /

/ / /

/ / /

1           2.     Plaintiff  shall promptly seek additional information sufficient to effect

2    service on any unserved defendants and notify the court once such information is ascertained.

3

4    DATED:  June 25, 2008

5    _____

6    **CRAIG M. KELLISON**
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26