IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY KNAPP, | No. CIV S-05-2520-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| RODERICK HICKMAN, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 162), filed on July 11, 2008.

      Plaintiff indicates that he is currently in administrative segregation and has been denied use of his typewriter.  He therefore is requesting additional time to respond to any pending deadlines.  The court notes that there are no pending deadlines in this matter.  Plaintiff has been ordered to promptly seek additional information sufficient to effect service on any unserved defendants, but there is no specific deadline set.  However, plaintiff is informed that at some point if plaintiff fails to provide sufficient information to perfect service on those unserved defendants, he will be required to show cause why they should not be dismissed.

1

1 |  As to plaintiff's request for additional time to respond to future deadlines, such a
2 | request cannot be considered until a deadline is set.  However, plaintiff can renew his request if
3 | he finds he needs additional time to respond to any specific deadline once that deadline has been
4 | set.
5 |  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an extension
6 | of time (Doc. 162) is denied without prejudice to plaintiff's ability to renew such a request once a
7 | deadline has been set.

DATED: July 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE