# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY KNAPP,   No. CIV S-05-2520-FCD-CMK-P

    Plaintiff,

  vs.   <u>ORDER</u>

RODERICK HICKMAN, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  An answer to plaintiff's complaint has been filed and, therefore, this case is now at issue.  Pursuant to Federal Rule of Civil Procedure 16(b), the court will, by this order, set a schedule for this litigation.

    1.    Discovery is currently open.  Discovery requests shall be served by the party seeking the discovery on all parties to the action.  Discovery requests shall not be filed with the court except when required by Eastern District of California Local Rules 30-250(a), 33-250(c), 34-250(c), and/or 36-250(c).  Improperly filed discovery requests will be disregarded;

    2.    Responses to written discovery requests shall be due forty-five days after the request is served;

    3.    Pursuant to Federal Rule of Civil Procedure 30(a), defendant(s) may depose plaintiff and any other incarcerated witness upon condition that, at least 14 days before

such a deposition, all parties are served with the notice required by Federal Rule of Civil Procedure 30(b)(1);

4.      If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules, including Federal Rules of Civil Procedure 5, 7, 11, 26, and 37 and Eastern District of California Local Rules 5-134, 5-135, 6-136, 7-130, 7-131, 11-110, 43-142, and 78-230(m); unless otherwise ordered, Local Rule 37-251 shall not apply.  Filing a discovery motion that does not comply with all applicable rules may result in imposition of sanctions, including but not limited to denial of the motion;

5.      The parties may conduct discovery until October 31, 2008.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, and 36 shall be served not later than 60 days prior to this discovery cut-off date;

6.      All dispositive motions shall be filed within 60 days after the discovery cut-off date specified above;

7.      Unless otherwise ordered, all motions shall be briefed pursuant to Local Rule 78-230(m), and failure to oppose such a motion in a timely manner may be deemed a waiver of opposition to the motion; and

8.      At a later stage in the proceedings, the parties will be required to submit reports on the status of this litigation.  Following submission of status reports from all parties, the court will issue a final scheduling order.

IT IS SO ORDERED.


DATED: July 23, 2008

                                                      _____
                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE