IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY KNAPP, | No. CIV S-05-2520-FCD-CMK-P |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| RODERICK HICKMAN, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for an injunction relief (Doc. 168).

   In his request, plaintiff claims that prison officials at Salinas Valley State Prison confined him in administrative segregation and confiscated all of his legal material, including his typewriter, and limited his access to the prison law library.  He was then transferred to Sierra Conservation Center, where he was held on "orientation status" for two weeks, during which he continued to be denied access to the law library and his legal material.  Plaintiff is requesting this court issue an order requiring the California Department of Corrections and Rehabilitation to

///

1

1  acknowledge his medical disability, provide him with meaningful access to an adequate law
2  library, not require him to exhaust his administrative remedies, and allow him to always retain
3  possession of his typewriter.
4     The defendants in the present action are correctional officers and others employed
5  at Mule Creek State Prison.  Plaintiff is now housed at the Sierra Conservation Center.
6  Plaintiff's allegations in his instant request stem from the actions of officials at Salinas Valley
7  State Prison and the Sierra Conservation Center.  None of these prison officials, nor the officials
8  of the California Department of Corrections and Rehabilitation, are defendants in this action.
9  The court is unable to issue an order against individuals who are not parties to a suit pending
10 before it.  See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).
11 Plaintiff's request must, therefore, be denied.
12    Plaintiff previously filed a request for injunctive relief in this case regarding the
13 actions of prison officials at Salinas Valley State Prison.  In relation to his previous request, as
14 with his current request, plaintiff was informed that this court is unable to issue an order against
15 individuals who are not parties to this action.  Also as plaintiff was preciously informed, if he
16 believes his constitutional rights have been violated by the actions of the prison officials at either
17 Salinas Valley State Prison or the Sierra Conservation Center, he has the ability to bring a
18 separate action against those he believes are denying him his constitutionally protected rights,
19 such as access to the court, if he believes those rights are being violated.
20    Based on the foregoing, the undersigned recommends that plaintiff's request for
21 injunctive relief be denied.
22    These findings and recommendations are submitted to the United States District
23 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
24 after being served with these findings and recommendations, any party may file written
25 / / /
26 / / /

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal. <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 3, 2008

                                                                           **CRAIG M. KELLISON**
                                                                           UNITED STATES MAGISTRATE JUDGE