1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ERIC CHARLES RODNEY KNAPP,          No. CIV S-05-2520-FCD-CMK-P

12              Plaintiff,

13       vs.                            ORDER

14  RODERICK HICKMAN, et al.,

15              Defendants.

16  _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  Eastern District of California local rules.

20              On October 13, 2009, the magistrate judge filed findings and recommendations

21  herein which were served on the parties and which contained notice that the parties may file

22  objections within a specified time.  Timely objections to the findings and recommendations have

23  been filed.

24              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25  304, this court has conducted a de novo review of this case.  Having carefully reviewed the

26  entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.  Plaintiff objects to the dismissal of defendant Warvarovski due to the United

States Marshal's failure to effect service.  He argues that the Marshal should have personally

served defendant Warvarovski when the waiver of service was not timely returned, and that he

provided sufficient information for the US Marshal to do so.  However, the service information

Plaintiff provided was a Post Office Box in Sutter Creek, California.  As the Marshal has

indicated, personal service is not possible on a Post Office Box.  It is Plaintiff's obligation to

provide an address sufficient for service, which he has not done.  See Walker v. Sumner, 14 F.3d

1415, 1422 (9th Cir. 1994) *overruled on other grounds by* Sandin v. Conner, 515 U.S. 472

(1995).

             Accordingly, IT IS HEREBY ORDERED that:

             1.     The findings and recommendations filed October 13, 2009, are adopted in

full;

             2.     The August 19, 2009 order to show cause is discharged;

             3.     Defendants Gunning, Marshall, Murray and Warvarovski are dismissed as

defendants to this action for failure to effect timely service;

             4.     Claims 1g and 8f are dismissed as failing to name any defendant

remaining in this action; and

             5.     This action shall proceed against the remaining defendants, as identified in

the court's September 17, 2009, order.

DATED: December 8, 2009.

                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE